George L. Drew and Frank Drew, Appellants, vs. First National Bank of Gainesville, Appellee.

(Supreme Court of Florida, Division B, May 24, 1905.)

Appeal from Circuit Court, Suwannee county; Bascom H. Palmer. Judge.

*Roberson & Small,* and *D. U. Fletcher,* for Appellants.

*W. W. Hampton,* for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant and the complainants appeal. The decree is affirmed.

Decision Per Curiam.